IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Falipae Montez Henderson, ) | |
| ) | C.A. No. 3:06-1425-TLW-JRM |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Dale Gordineer, M.D. of the Greenwood ) | |
| County Detention Center; Rhudina Hudson, ) | |
| L.P.N. of the Greenwood County Detention ) | |
| Center; Sharon Middleton, Cpt. Of the ) | |
| Greenwood County Detention Center; ) | |
| Christopher Rooney, Cpl., of the ) | |
| Greenwood County Detention Center; and ) | |
| John Doe, Ofc. Walker, of the Greenwood ) | |
| County Detention Center; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge McCrorey recommends that defendant Dr. Gordineer's motion for summary judgment be granted; the motion for summary judgment of defendants Middleton, Rooney, and Walker be granted; and defendant Hudson's motion to dismiss be granted. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 60), and defendant Dr. Gordineer's motion for summary judgment is **GRANTED** (Doc. # 20); the motion for summary judgment of defendants Middleton, Rooney, and Walker is **GRANTED** (Doc. # 39); and defendant Hudson's motion to dismiss is **GRANTED** (Doc. # 51).

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　s/ Terry L. Wooten
　　　　　　　　　　　**TERRY L. WOOTEN**
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**


March 14, 2007
Florence, South Carolina

2